952

No. 79-1232.   JACKSON ET AL. v. HAYAKAWA ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 79-1257.   SEXTON v. CLEVELAND ATHLETIC CLUB ET AL. Ct. App. Ohio, Cuyahoga County.   Certiorari denied.

No. 79-1293.   PLUMMER v. KLEPAK, CHAIRMAN, DRUG ABUSE CONTROL COMMISSION OF NEW YORK, ET AL.   Ct. App. N. Y.   Certiorari denied.

No. 79-5747.   EDWARDS v. CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 79-5778.   LYKINS v. ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 79-5820.   KLOBUCHIR v. PENNSYLVANIA.   Sup. Ct. Pa. Certiorari denied.

No. 79-5821.   ROGERS v. ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 79-5831.   MEYER v. GEORGIA.   Ct. App. Ga.   Certiorari denied.

No. 79-5860.   GOOLSBY v. ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 79-5867.   JACKSON v. KANSAS.   Sup. Ct. Kan.   Certiorari denied.

No. 79-5878.   STREETER v. ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.